FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 09-15835 | Trustee Name: | Beth Ann Scharrer |
|---|---|---|---|
| Case Name: | SANCHEZ, EDWARD BROWARD AND SANCHEZ, LINDA LEE | Date Filed (f) or Converted (c): | 07/23/2009 (f) |
| For the Period Ending: | 07/01/2015 | §341(a) Meeting Date: | 08/27/2009 |
| | | Claims Bar Date: | 12/14/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1 Cash on hand | $600.00 | $600.00 | | $0.00 | $600.00 |
| Asset Notes: Cash | | | | | |
| 2 Financial accounts, financial institution shares | $500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: Checking | | | | | |
| 3 Household goods and furnishings | $2,500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: Modest Household Goods for 3/2; including but not limited to bedroom set, dinning set and misc furniture. | | | | | |
| 4 Wearing apparel | $200.00 | $0.00 | | $0.00 | FA |
| Asset Notes: Clothing | | | | | |
| 5 Furs and jewelry | $800.00 | $0.00 | | $0.00 | FA |
| Asset Notes: Wedding rings | | | | | |
| 6 Autos, trucks, trailers, other vehicles, access. | $4,000.00 | $2,000.00 | | $0.00 | $2,000.00 |
| Asset Notes: 2001 Cadillac DeVille | | | | | |
| 7 REAL PROPERTY - Homestead. | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: Homestead. 8175 NW 45th Lane, Ocala, FL 34485-2082 | | | | | |
| 8 interest in business, properties not scheduled (u) | $0.00 | $0.00 | | $0.00 | $0.00 |
| Asset Notes: Trustee pursuing any interest Debtors have or may have in undisclosed properties, corporations, etc. Business interest has interest in real property. Note: These properties are assets 10, 11. sold at auction. | | | | | |
| 9 Interest in estates (u) | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: Per amended Schedule B: Debtor Linda Sanchez is the PR of her brother's estate (In re Estate of John Parr, file No. 200-CP-175, Marion County, Florida.) She is also the beneficiary of hte estate but it is not expected that the estate will yield any assets to her as the beneficiary due to debts associated with the Estate. Debtor, Edward Broward Sanchez, is also a beneficiary of his mother's estate (In re The Estate of Maggie Sanchez, Case No. 06-1325-CP in Marion County, Florida.) It too is not expected that there will be any distributions to Edward Broward Sanchez as a result of the estate due to the debts associated with the estate. | | | | | |
| 10 Lot 15 and Lot 16 (Silver Springs Shores) (u) | $0.00 | $22,000.00 | | $22,000.00 | FA |
| Asset Notes: Estate has interest in real property by virtue of motion to approve compromise of controversy (adv. pro. 10-305) This property is part of the Lake Fay, Inc. holdings. | | | | | |
| 11 Real property identified as R90411-005-15. (u) | $0.00 | $110,000.00 | | $110,000.00 | FA |
| Asset Notes: Estate has interest in real property by virtue of motion to approve compromise of controversy (adv. pro. 10-305) This property is part of the Lake Fay, Inc. holdings. | | | | | |
| 12 Real property (u) | $0.00 | $44,000.00 | | $44,000.00 | FA |
| Asset Notes: 72 acres of undeveloped land in Lexington, SC. Property of the estate pursuant to compromise of adversary proceeding 10-305. Property was subject of auction; however, D objected and ct disallowed auction. Therefore sold other properties first. | | | | | |
| 13 Real Property. Parcel ID 38502-001-05 (u) | $0.00 | $5,000.00 | | $16,071.22 | FA |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 09-15835 | Trustee Name: | Beth Ann Scharrer |
|---|---|---|---|
| Case Name: | SANCHEZ, EDWARD BROWARD AND SANCHEZ, LINDA LEE | Date Filed (f) or Converted (c): | 07/23/2009 (f) |
| For the Period Ending: | 07/01/2015 | §341(a) Meeting Date: | 08/27/2009 |
| | | Claims Bar Date: | 12/14/2009 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Asset Notes:** | Unscheduled Marion County, FL property. From Lake Fay, Inc.  12411  SE 47th Ave., Belleview, FL 34420 | | | | | |
| 14 | Real Property. Parcel ID 1267-000-001 **(u)** | $0.00 | $6,000.00 | | $721.50 | FA |
| **Asset Notes:** | Unscheduled Marion County, FL property. From Lake Fay, Inc. as trustee | | | | | |
| 15 | Real Property - Parcel ID 05022-002-00 **(u)** | $0.00 | $32,000.00 | | $2,310.00 | FA |
| **Asset Notes:** | Unscheduled real property in Levy County, FL.  In name of Fay Lake as Trustee. | | | | | |
| 16 | Real Property - Parcel ID 05022-003-00 **(u)** | $0.00 | $32,000.00 | | $2,310.00 | FA |
| **Asset Notes:** | Unscheduled real property in Levy County, FL.  In name of Fay Lake as Trustee. | | | | | |
| 17 | Real Property - Parcel ID 05022-004-00 **(u)** | $0.00 | $32,000.00 | | $2,310.00 | FA |
| **Asset Notes:** | Unscheduled real property in Levy County, FL.  In name of Fay Lake as Trustee. | | | | | |
| 18 | Real Property - TN | $0.00 | $99,000.00 | | $108,900.00 | FA |
| **Asset Notes:** | TN property | | | | | |

**TOTALS (Excluding unknown value)**                                                                                                    **Gross Value of Remaining Asset**

| | $8,600.00 | $384,600.00 | | $308,622.72 | $2,600.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

06/17/2015      All properties sold in case.  TFR in process.

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

**ASSET CASES**

| | |
|---|---|
| **Case No.:** 09-15835 | **Trustee Name:** Beth Ann Scharrer |
| **Case Name:** SANCHEZ, EDWARD BROWARD AND SANCHEZ, LINDA LEE | **Date Filed (f) or Converted (c):** 07/23/2009 (f) |
| **For the Period Ending:** 07/01/2015 | **§341(a) Meeting Date:** 08/27/2009 |
| | **Claims Bar Date:** 12/14/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Hiring atty to pursue transfer of stock.  10.9

2004 exams set.  1.10

727 deadline extended to March, 2010.   Debtors failed to appear at deposition.   Complaint for turnover, TRO,  filed. 3.15

Settlement discussions ongoing.  Hrg set for 5.10   5.10

Litigation ongoing re: claims.   10.10

Motion to modify compromise filed, gtd.  4.11

M/authority to sell (and amended motion) filed, granted.  11.11

Complaint to Revoke/Withhold discharge pending.  2.12

Sale of real property in SC set.  11.12

Hrg on real property set for Jan. 2013.    12.12.

Property to be sold after 120 days with no reserve.  1.13

Claims reviewed.  2.13

Auctioneer employed to sell S. Carolina property.  5.13

Motion to approve terms, conditions of auction of Ocala area properties to be filed. 12.13

Expdeited motion re sale of properties filed.  01/21/14

Hrg set on motions for 2.4.14.  01/21/14

| | | | | | |
|---|---|---|---|---|---|
| **SUBTOTALS** | | | | $0.00 | $0.00 |

FORM 1

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

## ASSET CASES

| | | |
|---|---|---|
| **Case No.:** | 09-15835 | |
| **Case Name:** | SANCHEZ, EDWARD BROWARD AND SANCHEZ, LINDA LEE | |
| **For the Period Ending:** | 07/01/2015 | |

| | |
|---|---|
| **Trustee Name:** | Beth Ann Scharrer |
| **Date Filed (f) or Converted (c):** | 07/23/2009 (f) |
| **§341(a) Meeting Date:** | 08/27/2009 |
| **Claims Bar Date:** | 12/14/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

To sell real property at auction.  2.14

Real property sold at auction.  Auctioneer paid.  To sell SC property next.  4.14

Motion to sell remaining properties to be filed.  8.14

Hearing on m/sell remaining properties held 8.19.14.  Ct granted motion.  To sell assets 11, 13, 14, 15, 16, 17.   Auctions to be early October.  8.14

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/15/2011 | |

| | |
|---|---|
| **Current Projected Date Of Final Report (TFR):** | 12/15/2014 |

/s/ BETH ANN SCHARRER

BETH ANN SCHARRER

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

**Page No:** 1

| | |
|---|---|
| **Case No.** | 09-15835 |
| **Case Name:** | SANCHEZ, EDWARD BROWARD AND SANCHEZ, LINDA LEE |
| **Primary Taxpayer ID #:** | **-***9282 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 06/30/2014 |
| **For Period Ending:** | 07/01/2015 |

| | |
|---|---|
| **Trustee Name:** | Beth Ann Scharrer |
| **Bank Name:** | The Bank of New York Mellon |
| **Money Market Acct #:** | ******8665 |
| **Account Title:** | Money Market Account |
| **Blanket bond (per case limit):** | $1,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | | $0.00 | $0.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | | $0.00 | $0.00 | |
| | | | **Subtotal** | | | $0.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | | $0.00 | $0.00 | |
| | | | **Net** | | | $0.00 | $0.00 | |

**For the period of 06/30/2014 to 07/01/2015**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/30/2010 to 7/1/2015**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

### CASH RECEIPTS AND DISBURSEMENTS RECORD

**Page No:** 2

| | |
|---|---|
| **Case No.** | 09-15835 |
| **Case Name:** | SANCHEZ, EDWARD BROWARD AND SANCHEZ, LINDA LEE |
| **Primary Taxpayer ID #:** | **-***9282 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 06/30/2014 |
| **For Period Ending:** | 07/01/2015 |

| | |
|---|---|
| **Trustee Name:** | Beth Ann Scharrer |
| **Bank Name:** | Rabobank, N.A. |
| **Checking Acct #:** | ******0766 |
| **Account Title:** | Checking Account |
| **Blanket bond (per case limit):** | $1,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/22/2014 | (10) | Brokers Title of Central Florida, LLC | proceeds from auction of lots 15, 16 | 1210-000 | $22,000.00 | | $22,000.00 |
| 04/22/2014 | (11) | Brokers Title of Central Florida, LLC | Lake Fay Inc. property proceeds | 1210-000 | $110,000.00 | | $132,000.00 |
| 04/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $44.30 | $131,955.70 |
| 05/14/2014 | 101 | Brokerage Firm LLC | Pd. per doc 214 | 3610-000 | | $12,000.00 | $119,955.70 |
| 05/14/2014 | 102 | Brokerage Firm LLC | Pd. per doc 214 | 2700-000 | | $2,955.24 | $117,000.46 |
| 05/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $183.34 | $116,817.12 |
| 06/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $162.42 | $116,654.70 |
| 07/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $184.58 | $116,470.12 |
| 08/29/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $161.93 | $116,308.19 |
| 09/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $178.44 | $116,129.75 |
| 10/30/2014 | 103 | Robert H. Ewald | Pd per doc. 249, 262 | 3620-000 | | $6,100.00 | $110,029.75 |
| 10/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $172.60 | $109,857.15 |
| 11/12/2014 | | Rabobank, N.A. | Bank Service Fee | 2600-000 | | $69.64 | $109,787.51 |
| 11/12/2014 | | Pinnacle Bank | Transfer Funds | 9999-000 | | $109,787.51 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **SUBTOTALS** | | $132,000.00 | $132,000.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No.** | 09-15835 |
| **Case Name:** | SANCHEZ, EDWARD BROWARD AND SANCHEZ, LINDA LEE |
| **Primary Taxpayer ID #:** | **-***9282 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 06/30/2014 |
| **For Period Ending:** | 07/01/2015 |

| | |
|---|---|
| **Trustee Name:** | Beth Ann Scharrer |
| **Bank Name:** | Rabobank, N.A. |
| **Checking Acct #:** | ******0766 |
| **Account Title:** | Checking Account |
| **Blanket bond (per case limit):** | $1,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $132,000.00 | $132,000.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $109,787.51 | |
| | | | **Subtotal** | | $132,000.00 | $22,212.49 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $132,000.00 | $22,212.49 | |

**For the period of  06/30/2014 to 07/01/2015**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $7,029.61 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $7,029.61 |
| Total Internal/Transfer  Disbursements: | $109,787.51 |

**For the entire history of the account between 04/22/2014  to 7/1/2015**

| | |
|---|---|
| Total Compensable Receipts: | $132,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $132,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $22,212.49 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $22,212.49 |
| Total Internal/Transfer  Disbursements: | $109,787.51 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | |
|---|---|---|---|---|
| **Case No.** | 09-15835 | | **Trustee Name:** | Beth Ann Scharrer |
| **Case Name:** | SANCHEZ, EDWARD BROWARD AND SANCHEZ, LINDA LEE | | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***9282 | | **Checking Acct #:** | ******0003 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | DDA |
| **For Period Beginning:** | 06/30/2014 | | **Blanket bond (per case limit):** | $1,000,000.00 |
| **For Period Ending:** | 07/01/2015 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/12/2014 | | Rabobank, N.A. | Transfer Funds | 9999-000 | $109,787.51 | | $109,787.51 |
| 11/21/2014 | | Ewald Auctions, Inc. | Auction proceeds | * | $6,930.00 | | $116,717.51 |
| | {15} | | $2,310.00 | 1210-000 | | | $116,717.51 |
| | {16} | | $2,310.00 | 1210-000 | | | $116,717.51 |
| | {17} | | $2,310.00 | 1210-000 | | | $116,717.51 |
| 11/21/2014 | (14) | Ewald Auctions | Payment of auction proceeds for asset 14 | 1210-000 | $721.50 | | $117,439.01 |
| 12/17/2014 | 5001 | Robert Ewald and Ewald Auctions | Pd per doc 270 | 3610-000 | | $6,195.00 | $111,244.01 |
| 12/17/2014 | 5002 | RobertEwald and Ewald Auctions | Pd per doc 270 | 3620-000 | | $8,648.93 | $102,595.08 |
| 12/23/2014 | (12) | Thomas C. Mann Real Estate Escrow acct | | 1210-000 | $44,000.00 | | $146,595.08 |
| 01/02/2015 | (13) | Donica Law Firm, PA | | 1210-000 | $16,071.22 | | $162,666.30 |
| 01/05/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $200.92 | $162,465.38 |
| 02/03/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $258.91 | $162,206.47 |
| 03/03/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $236.52 | $161,969.95 |
| 04/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $261.44 | $161,708.51 |
| 04/17/2015 | (18) | Ewald Auctions, Inc. | deposit on TN propert | 1110-000 | $10,890.00 | | $172,598.51 |
| 04/28/2015 | (18) | OIG Title & Escrow, LLC | Payment for TN property | 1110-000 | $98,010.00 | | $270,608.51 |
| 05/04/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $269.05 | $270,339.46 |
| 05/20/2015 | 5003 | Robert Ewald and Ewald Auctions | Pd per doc. 287 | 3610-000 | | $9,900.00 | $260,439.46 |
| 05/20/2015 | 5004 | RobertEwald and Ewald Auctions | pd per doc 287 | 3620-000 | | $1,790.19 | $258,649.27 |
| 06/02/2015 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $433.33 | $258,215.94 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | **SUBTOTALS** | $286,410.23 | $28,194.29 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

**Page No:** 5

| | |
|---|---|
| **Case No.** | 09-15835 |
| **Case Name:** | SANCHEZ, EDWARD BROWARD AND SANCHEZ, LINDA LEE |
| **Primary Taxpayer ID #:** | **-***9282 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 06/30/2014 |
| **For Period Ending:** | 07/01/2015 |

| | |
|---|---|
| **Trustee Name:** | Beth Ann Scharrer |
| **Bank Name:** | Pinnacle Bank |
| **Checking Acct #:** | ******0003 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $1,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $286,410.23 | $28,194.29 | $258,215.94 |
| | | | **Less: Bank transfers/CDs** | | $109,787.51 | $0.00 | |
| | | | **Subtotal** | | $176,622.72 | $28,194.29 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $176,622.72 | $28,194.29 | |

**For the period of 06/30/2014 to 07/01/2015**

| | |
|---|---|
| Total Compensable Receipts: | $176,622.72 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $176,622.72 |
| Total Internal/Transfer Receipts: | $109,787.51 |
| | |
| Total Compensable Disbursements: | $28,194.29 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $28,194.29 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 11/12/2014 to 7/1/2015**

| | |
|---|---|
| Total Compensable Receipts: | $176,622.72 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $176,622.72 |
| Total Internal/Transfer Receipts: | $109,787.51 |
| | |
| Total Compensable Disbursements: | $28,194.29 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $28,194.29 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 09-15835 | |
| **Case Name:** | SANCHEZ, EDWARD BROWARD AND SANCHEZ, LINDA LEE | |
| **Primary Taxpayer ID #:** | **-***9282 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 06/30/2014 | |
| **For Period Ending:** | 07/01/2015 | |

| | |
|---|---|
| **Trustee Name:** | Beth Ann Scharrer |
| **Bank Name:** | Pinnacle Bank |
| **Checking Acct #:** | ******0003 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $1,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $308,622.72 | $50,406.78 | $258,215.94 |

**For the period of 06/30/2014 to 07/01/2015**

| | |
|---|---|
| Total Compensable Receipts: | $176,622.72 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $176,622.72 |
| Total Internal/Transfer Receipts: | $109,787.51 |
| | |
| Total Compensable Disbursements: | $35,223.90 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $35,223.90 |
| Total Internal/Transfer Disbursements: | $109,787.51 |

**For the entire history of the account between 11/12/2014 to 7/1/2015**

| | |
|---|---|
| Total Compensable Receipts: | $308,622.72 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $308,622.72 |
| Total Internal/Transfer Receipts: | $109,787.51 |
| | |
| Total Compensable Disbursements: | $50,406.78 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $50,406.78 |
| Total Internal/Transfer Disbursements: | $109,787.51 |

/s/ BETH ANN SCHARRER

BETH ANN SCHARRER